

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00171-CV

| | | |
|---|---|---|
| CHRISTOPHER GAINEY a/k/a CHRIS GAINEY, PHILIP LEVY, AND MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES OF NEVADA, INC., Appellants | § | On Appeal from the 431st District Court |
| | § | of Denton County (18-2578-431) |
| V. | § | December 12, 2019 |
| MINOO, LLC, Appellee | § | Opinion by Justice Bassel |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order denying Appellants' motion to compel arbitration is reversed, and we render an order granting said motion. The case is remanded to the trial court, and we order the case stayed pending completion of arbitration.

It is further ordered that Minoo, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
     Justice Dabney Bassel